UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWAYNE KULA, et al.,

    Plaintiffs,

v.

EVERY WATT MATTERS, LLC, et al.,

    Defendants.

C18-471 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for extension, docket no. 56, which was filed without a proper appearance by counsel, is STRICKEN. The Court sua sponte GRANTS an extension to May 31, 2018, for defendants to file a responsive pleading or motion.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to William L. Larkins, Jr. and Christopher J. Kayser of Larkins Vacura Kayser LLP at 121 SW Morrison Street, Suite 700, Portland, OR 97204.

Dated this 22nd day of May, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1