UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWAYNE KULA, et al.,

    Plaintiffs,

v.

EVERY WATT MATTERS, LLC, et al.,

    Defendants.

C18-471 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' unopposed motion for extension of time, docket no. 62, is GRANTED, and the deadline for plaintiffs to file a RICO case statement, as required by the Minute Order entered May 10, 2018, docket no. 55, is EXTENDED to June 29, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1