UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWAYNE KULA, et al.,

    Plaintiffs,

v.

EVERY WATT MATTERS, LLC, et al.,

    Defendants.

C18-471 TSZ

ORDER

By Minute Order entered May 10, 2018, the Court observed that at least one plaintiff and one defendant in this matter are citizens of the same state and that diversity jurisdiction does not exist. Minute Order at ¶ 1 (docket no. 55). The Court further noted that the only federal claim asserted in this matter is brought under the Racketeer Influenced and Corrupt Organizations provisions of the Organized Crime Control Act of 1970, Pub. L. 91-451 (the "RICO Act"), and directed plaintiffs to file a RICO case statement. Minute Order at ¶ 2 (docket no. 55). The Court warned plaintiffs that failure to timely file an adequate RICO case statement might result in dismissal of this case without prejudice for lack of subject matter jurisdiction. *Id.* Plaintiffs sought and were granted an extension of time to file the requisite RICO case statement. Minute Order

ORDER - 1

1 (docket no. 63). The June 29, 2018, deadline has now expired, and plaintiffs have not

2 timely filed a RICO case statement.

3 The Court therefore DISMISSES this action without prejudice for lack of subject

4 matter jurisdiction. Plaintiffs' RICO claim is DISMISSED without prejudice for failure

5 to adequately plead such claim and for failure to prosecute. *See* Fed. R. Civ. P. 8 & 41.

6 The Court DECLINES to exercise supplemental jurisdiction over the remaining state law

7 claims. *See* 28 U.S.C. § 1367(c)(3).

8 The Clerk is DIRECTED to send a copy of this Order to all counsel of record and

9 to CLOSE this case.

10 IT IS SO ORDERED.

11 Dated this 3rd day of July, 2018.

/s/ Thomas S. Zilly

Thomas S. Zilly
United States District Judge

ORDER - 2